IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00026 LJO |
| Plaintiff, | ORDER AUTHORIZING WAIVER PERSONAL OF APPEARANCE |
| vs. | |
| JERIEL SALINAS | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant, JERIEL SALINAS is hereby excused from appearing at the court hearing scheduled for February 27, 2012, at 1:00 p.m.

IT IS SO ORDERED.

**Dated:   October 25, 2011**           /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE