Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Caleb Cole

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>vs. )<br><br>CALEB COLE )<br><br>Defendant ) | Case No.: 1:11-cr-00026-LJO-10<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS OF DEFENDANT CALEB COLE** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for

defendant CALEB COLE, and Stanley Boone, Assistant United States Attorney, that the pre-trial

release conditions be modified to remove the condition that Mr. Cole is not to have contact with

his father, co-defendant Carlyle Cole.

The Pre-Trial Services officer agrees to this modification.

Respectfully submitted,

Dated: November 3, 2011          /s/ Jeffrey T. Hammerschmidt
                                 JEFFREY T. HAMMERSCHMIDT
                                 Attorney for Caleb Cole

Dated: November 3, 2011          /s/ Stanley Boone
                                 STANLEY BOONE
                                 Assistant United States Attorney

**IT IS HEREBY ORDERED THAT:**

      The pre-trial release condition that Mr. Cole is not to contact his father shall be removed.

IT IS SO ORDERED.

   Dated:   **November 9, 2011**           **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE