1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   ERIC V. KERSTEN, Bar #2264429
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant
   DAVID MARSHALL CRISP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00026 LJO |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | **ORDER TO UNSEAL** |
| v. | ) | |
| | ) | |
| DAVID MARSHALL CRISP, ET AL., | ) | |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| *Defendants* | ) | |

The Court hereby orders that the Order Appointing Coordinating Discovery Attorney Shazzie Naseem, filed under seal May 17, 2012, in the above-entitled matter, shall be unsealed.

IT IS SO ORDERED.

**Dated:   May 17, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE