Gary Huss (SBN 057370)
**LAW OFFICES OF GARY HUSS**
3649 W. Beechwood Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 441-7073
Facsimile: (559) 261-4916
E-mail: gary@huss4law.com

Attorneys for Defendant,
JENNIFER ANN CRISP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:11-CR-00026-LJO |
| *Plaintiff,* | |
| v. | **WAIVER OF APPEARANCE AND ORDER THEREON** |
| JENNIFER ANN CRISP, et al | |
| *Defendant.* | Date: October 1, 2012<br>Time: 8:30 a.m.<br>Courtroom: 4<br>Judge: Honorable, Lawrence J. O'Neill |

    Defendant, JENNIFER ANN CRISP, hereby waives her right to be present in person in open court upon the hearing presently set for October 1, 2012 at 8:00 a.m. in Courtroom Four of the above-entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, GARY HUSS. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

DATED: August  24 , 2012.                  /s/ Jennifer Ann Crisp
                                                                JENNIFER ANN CRISP

DATED: August  27 , 2012.                  /s/ Gary Huss
                                                                  GARY HUSS, Attorney for
                                                                Defendant, JENNIFER ANN CRISP

/ / /

**ORDER**

IT IS HEREBY ORDERED that Defendant JENNIFER ANN CRISP is hereby excused from appearing at the court hearing scheduled for October 1, 2012 at 8:00 a.m.

IT IS SO ORDERED.

Dated: August 30, 2012

/s/ Lawrence J. O'Neill
HONORABLE LAWRENCE J. O'NEILL,
United States District Judge