```
 1  JOHN F. GARLAND   #117554
    Attorney at Law
 2  1713 Tulare Street, Suite 221
    Fresno, California 93721
 3
    Telephone:  (559) 497-6132
 4  Facsimile:   (559) 579-1530

 5  Attorney for Defendant
    JAYSON PETER COSTA
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1: 11-CR-00026 LJO |
|---|---|---|
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | DATE:  October 1, 2012 |
| JAYSON PETER COSTA, | ) | TIME:    8:00 a.m. |
| | ) |  Courtroom Four |
| Defendant. | ) | |
| | ) | HONORABLE LAWRENCE J. O'NEILL |

Defendant, JAYSON PETER COSTA, hereby waives his right to be present in person in open court upon the hearing presently set for October 1, 2012 at 8:00 a.m. in Courtroom Four of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:  08/30/2012                                       /s/ Jayson Peter Costa
                                                      JAYSON  PETER  COSTA
                                                  [Original signature in counsel's file]

1

**ORDER**

Good cause appearing,

Defendant JAYSON PETER COSTA is hereby excused from appearing at the court hearing scheduled for October 1, 2012 at 8:00 a.m.

IT IS SO ORDERED.

Dated:   **September 4, 2012**           **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE