1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5  CARLYLE LEE COLE

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-1:11-CR-00026 LJO |
| Plaintiff, ) | |
| v. ) | ORDER AUTHORIZING WAIVER OF PERSONAL APPEARANCE |
| CARLYLE LEE COLE, ) | |
| Defendant. ) | |

Good cause appearing, it is hereby ordered that Defendant CARLYLE LEE COLE is hereby excused from appearing at the court hearing scheduled for October 1, 2012 at 8:00 a.m., and that he may appear through his counsel KATHERINE HART.

IT IS SO ORDERED.

**Dated:   September 10, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1