1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   ERIC V. KERSTEN, Bar #226429
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Attorneys for Defendant
   DAVID MARSHALL CRISP

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       ) No. 1:11-CR-00026 LJO
   |                                 )
12 |         *Plaintiff,*             ) DEFENDANTS STIPULATION CONTINUING
   |                                 ) STATUS CONFERENCE AND ORDER
13 |     v.                           ) THEREON
   |                                 )
14 | DAVID MARSHALL CRISP, et al.,   ) DATE: October 9, 2012
   |                                 ) TIME:  8:00 A.M.
15 |         *Defendants.*            ) JUDGE: Lawrence J. O'Neill
   | _____ )

18         **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for October 1, 2012, **may be continued to October 9, 2012 at 8:00 A.M.**

21         This continuance is requested as counsel needs additional time to discuss the options regarding

22 discovery with the co-ordinating discovery attorney and other counsel, including the AUSA with the

23 intent to appear in Court with a plan for discovery.   The requested continuance will conserve time and

24 resources for both counsel and the court.

25         The parties agree that the delay resulting from the continuance shall be excluded in the interests

26 of justice, including but not limited to, the need for the period of time set forth herein for further defense

27 ///

28 ///

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Dated: September 27, 2012　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　 /s/ *Kirk E. Sherriff*
　　　　　　　　　　　　　　　　　　　　KIRK E. SHERRIFF
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated:  September 27, 2012　　　　　　　　/s/ *Katherine L. Hart*
　　　　　　　　　　　　　　　　　　　　KATHERINE L. HART
　　　　　　　　　　　　　　　　　　　　Attorney for Carlyle L. Cole

Dated:  September 27, 2012　　　　　　　　/s/ *Anthony Capozzi*
　　　　　　　　　　　　　　　　　　　　ANTHONY CAPOZZI
　　　　　　　　　　　　　　　　　　　　Attorney for Julie D. Farmer

Dated:  September 27, 2012　　　　　　　　/s/ *Carl Faller*
　　　　　　　　　　　　　　　　　　　　CARL FALLER
　　　　　　　　　　　　　　　　　　　　Attorney for Sneha R. Mohammadi

Dated:  September 27, 2012　　　　　　　　/s/ *John Garland*
　　　　　　　　　　　　　　　　　　　　JOHN GARLAND
　　　　　　　　　　　　　　　　　　　　Attorney for Jayson P. Costa

Dated:  September 27, 2012　　　　　　　　/s/ *Eric Fogderude*
　　　　　　　　　　　　　　　　　　　　ERIC FOGDERUDE
　　　　　　　　　　　　　　　　　　　　Attorney for Jeriel Salinas

Dated:  September 27, 2012　　　　　　　　/s/ *Steven L. Crawford*
　　　　　　　　　　　　　　　　　　　　STEVEN LEON CRAWFORD
　　　　　　　　　　　　　　　　　　　　Attorney for Robin D. Nguyen

Dated:  September 27, 2012　　　　　　　　/s/ *Gary Huss*
　　　　　　　　　　　　　　　　　　　　GARY HUSS
　　　　　　　　　　　　　　　　　　　　Attorney for Jennifer Ann Crisp

Dated:  September 27, 2012　　　　　　　　/s/ *Jeffrey T. Hammerschmidt*
　　　　　　　　　　　　　　　　　　　　Jeffrey T. HAMMERSCHMIDT
　　　　　　　　　　　　　　　　　　　　Attorney for Caleb L. Cole

Dated: September 27, 2012　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　FEDERAL DEFENDER


　　　　　　　　　　　　　　　　　　　　/s/ *Francine Zepeda*
　　　　　　　　　　　　　　　　　　　　FRANCINE ZEPEDA
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　DAVID MARSHALL CRISP

///

Stipulation Re Continuance of
Status Conference　　　　　　　　2

# **O R D E R**

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Dated: September 27, 2012

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Court Judge