```
 1  Eric K. Fogderude, #070860
    FLETCHER & FOGDERUDE, INC.
 2  A Professional Corporation
    5412 North Palm Avenue, Suite 101
 3  Fresno, California 93704
    Telephone: (559) 431-9710
 4  Facsimile: (559) 431-4108
    E-Mail: efogderude1@yahoo.com
 5
    Attorney for Defendant, JERIEL SALINAS
 6
 7
 8
                    IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                          EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 1:11-CR-00026 LJO
                                 )
12         Plaintiff,             )  WAIVER OF APPEARANCE AND REQUEST FOR
                                 )  ORDER AUTHORIZING WAIVER OF APPEARANCE
13  vs.                          )
                                 )
14  JERIEL SALINAS               )
                                 )  DATE: October 9, 2012
15         Defendants.           )  TIME: 8:00 a.m.
                                 )  COURTROOM: Honorable Lawrence J. O'Neill
16  _____)
17
18
19         TO THE HONORABLE LAWRENCE J. O'NEILL:
20         Defendant, JERIEL SALINAS, hereby waives his right to be present in person for the
21  status hearing currently set for October 9, 2012 at 8:00 a.m.  Defendant hereby requests
22  the court to proceed in his absence and agrees that his interests will be deemed
23  represented at said hearing by the presence of his attorney ERIC K. FOGDERUDE.  This
24  request is based upon the fact that it takes defendant 2.2 hours each way to travel from
25  Bakersfield to Fresno, California, that the mileage each way is 110 miles, that defendant is
26  living on a small income and currently unemployed, and that defendant has been staying
27  in regular communication with his lawyer.  (See attached declaration of
28  counsel)
```

DATED: October 1, 2012

/s/ Jeriel Salinas
_____
JERIEL SALINAS, Defendant

DECLARATION OF ATTORNEY, ERIC K. FOGDERUDE

I, ERIC K FOGDERUDE, do hereby declare under penalty of perjury as follows:

1. That I was appointed in January, 2011, to represent defendant JERIEL SALINAS,

2. That Defendant SALINAS has been in regular communication with me, including personal meetings at my office, facsimile transmissions, cell phone calls, and landline calls;

3. I have seldom gone over three weeks without hearing from defendant SALINAS, who has regularly asked my advice about the progress of this case and inquired about discovery matters in his case;

4. That defendant SALINAS has been regularly residing in the Bakersfield area and is supervised by the Pretrial Services Office. To my knowledge, he has been satisfactorily complying with conditions of Pretrial release and has always evidenced respect for the rulings of the court and the conditions of release;

5. That defendant SALINAS has requested of me on October 7, 2011, that due to the distance involved in round trip travel from Bakersfield (approximately 220 miles from his home to Fresno, round trip), the cost of the trip, and the fact that he is presently unemployed and therefore has limited funds, and he be permitted to have me as his counsel appear for him in absentia.

Executed in Fresno, California this 1st day of October, 2012.


/s/ Eric K. Fogderude
_____
ERIC K. FOGDERUDE

U.S. vs. Salinas
Case No. 11-00026

2

Waiver of Appearance

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JERIEL SALINAS<br><br>        Defendants. | CASE NO. 1:11-CR-00026 LJO<br><br>ORDER AUTHORIZING WAIVER<br>PERSONAL OF APPEARANCE |

GOOD CAUSE APPEARING, it is hereby ordered that Defendant, JERIEL SALINAS is hereby excused from appearing at the court hearing scheduled for October 9, 2012, at 8:00 a.m.

IT IS SO ORDERED.

**Dated:   October 2, 2012**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE