1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL III
3  CHRISTOPHER D. BAKER
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00026-LJO |
|---|---|
| Plaintiff, | ORDER FOR FORFEITURE MONEY JUDGMENT |
| v. | |
| JAYSON PETER COSTA, | |
| Defendant. | |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Jayson Peter Costa,

IT IS HEREBY ORDERED that

1. The defendant Jayson Peter Costa shall forfeit to the United States the sum of $1,317,000.00 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the implementation of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,317,000.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **November 22, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE