[HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID MARSHALL CRISP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:11-cr-00026 JLT-1 |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION FOR 30-DAY EXTENSION OF TIME** |
| vs. | |
| DAVID MARSHALL CRISP, | |
| Defendant. | |

On December 22, 2023, David Crisp filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c).  Dkt. 702.  This Court issued a minute order providing the Office of the Federal Defender twenty-eight days, or until January 19, 2024, in which to decide whether to assume representation.  Dkt. 703.  On January 17, 2024, Mr. Crisp filed a motion to withdraw his motion, which this Court denied the following day.  Dkt. 705, 706.  In light of the Court's denial of Mr. Crisp's motion, the undersigned is now in need of additional time to communicate with Mr. Crisp regarding his options going forward, and is requesting a 30-day extension, thereby alleviating the need for the government to respond at this time.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  January 19, 2024 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/  Peggy Sasso*<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>David Marshall Crisp |

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated:   January ___, 2024          _____
                                                            Hon. Jennifer L. Thurston
                                                            United States District Court Judge