David Marshall Crisp
BOP Register No. 23510-298
Satellite Prison Camp Atwater
P.O. Box 019001
Atwater, California 95301



FILED
APR 03 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>*Plaintiff,*<br><br>vs.<br><br>David Crisp,<br>*Defendant.* | Case Number: 1:11-cr-00026-JLT<br><br>**MOTION TO WITHDRAW**<br>Under 18 U.S.C. §3582 (c)(1)(A)<br>(Compassionate Release) |

### I. LIBERAL CONSTRUCT:

DAVID CRISP ("Defendant" or "Crisp") is coming before the court *pro se* and is not a lawyer, nor has any formal training in law, and that the Court liberally construe[1] this request for his Motion to Withdraw the §3582 (c)(1)(A) Compassionate Release that is currently filed.

---

[1] *See, United States v. Lopez*, No. 97-01117 ACK-2, LEXIS 200076 (District of Hawaii, October 27, 2020). "Because *Lopez* is *Pro se*, the Court construes his motion liberally. *Erickson v. Pardus*, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L. Ed. 2d 1081 (2007); *see also United States v. Seesing*, 234 F.3d 456, 462 (9th Cir. 2000) ("*Pro se* complaints and motions from prisoners are to be liberally construed." (citations omitted)).

1

*United States vs. Crisp*                                    Motion to Withdraw Request For Reduction In Sentence
Case Number: 1:11-cr-00026-JLT                                                        Compassionate Release

## II. REASON FOR REQUEST:

As I do not want to waste this Court [or] Governments valuable time. I am requesting to withdraw my motion for compassionate release. The reason for my request is that my father did not make it and has passed away. My father died on 3/21/2024. I appreciate the Courts time and consideration.

## DEFENDANT'S DECLARATION AND SIGNATURE:

I declare under penalty of perjury that the facts stated in this Motion to Withdraw my Reduction in Sentence under 18 U.S.C. §3582(c)(1)(A) are true and correct.

Respectfully,

David Marshall Crisp                    Date: 3/21/2024

## PROOF OF SERVICE – PRISON MAIL BOX RULE[2]

I hereby certify that on 3/21/2024 that I David Crisp deposited in the prison mailbox at SCP Atwater a true copy of my Request for 18 U.S.C. §3582 (c)(1)(a) - Compassionate Release. It was mailed to the Clerk of the Court for the Eastern District (Fresno Division) of California and to The U.S. Attorney's Office—with U.S. First Class Pre-paid postage affixed.

I declare under 28 U.S.C. §1746 penalty of perjury that the facts stated are true and correct.

David Marshall Crisp:                    Date: 3/21/2024

---

[2] *See Houston v. Lack* U.S. 266 (1988) (discussing mailbox rule in federal proceedings) and *Stillman v. Lamarque*, 319 F. 3d 1199, 1201 (9th Cir 2003).

2

*United States vs. Crisp*                              Motion to Withdraw Request For Reduction In Sentence
Case Number: 1:11-cr-00026-JLT                                            Compassionate Release